■ In the Matter of the Claim of WILLIAM J. SMITH, Appellant. COMMISSIONER OF LABOR, Respondent. [995 NYS2d 532]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 18, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., Lahtinen, Stein, Rose and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.